## Commonwealth *v.* Lawson, Appellant.

Submitted September-

ber 11, 1967. *Allan H. Lawson,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.